IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XM SATELLITE RADIO INC.<br>1500 Eckington Place, NE<br>Washington, DC 20002<br><br>    Plaintiff,<br><br>  v.<br><br>GLOBAL COMP NORTHEAST, INC.,<br>1111 Route 110, Suite 207<br>Farmingdale, NY 11735<br>Serve: Business Filings Incorporated<br>   (Registered Agent)<br>   187 Wolf Road, Suite 101<br>   Albany, NY 12205<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE AFFILIATION AND FINANCIAL INTEREST
DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and LCvR 7.1, I, the undersigned counsel of record for XM Satellite Radio Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of XM Satellite Radio Inc. which have any outstanding securities in the hands of the public: XM Satellite Radio Inc. is a wholly owned subsidiary of XM Satellite Radio Holdings Inc., a publicly-traded Delaware corporation. XM Satellite Radio Holdings Inc. is the sole publicly held corporation that owns ten percent or more of the stock of XM Satellite Radio Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

400313293v1

DATED: February 2, 2006

Respectfully submitted,

*[signature: Deborah B. Baum]*

Deborah B. Baum (D.C. Bar No. 393019)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-8000
Facsimile: (202) 663-8007

Counsel for XM Satellite Radio Inc.