IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XM SATELLITE RADIO INC.<br>1500 Eckington Place, NE<br>Washington, DC 20002<br><br>           Plaintiff,<br><br>    v.<br><br>GLOBAL COMP NORTHEAST, INC.,<br>1111 Route 110, Suite 207<br>Farmingdale, NY 11735<br>Serve:  Business Filings Incorporated<br>         (Registered Agent)<br>         187 Wolf Road, Suite 101<br>         Albany, NY 12205<br><br>           Defendant. | Civil Action No. 1:06-cv-00186 (RCL) |

**PLAINTIFF'S PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

Plaintiff XM Satellite Radio Inc. ("Plaintiff") respectfully informs the Court that Defendant Global Comp Northeast, Inc. ("Defendant"), has been served with the summons and complaint in this case. As documented in the attached Return of Service, service was made by Terri Tarullo upon Defendant on February 3, 2006, by serving Defendant's registered agent at 187 Wolf Road, Suite 101, Albany, New York, 12205.

DATED: March 8, 2006                                Respectfully submitted,


  /s/ Deborah B. Baum
Deborah B. Baum (D.C. Bar No. 393019)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
Counsel for XM Satellite Radio Inc.

400323971v1

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March 2006, the foregoing Plaintiff's Proof of Service of Summons and Complaint was filed electronically and served via first class, postage prepaid, U.S. mail on the following:

>Global Comp Northeast, Inc.
>c/o Business Filings Incorporated (Registered Agent)
>187 Wolf Road, Suite 101
>Albany, New York 12205

_/s/ Deborah B. Baum_