IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XM SATELLITE RADIO INC.<br>1500 Eckington Place, NE<br>Washington, DC 20002<br><br>        Plaintiff,<br><br>        v.<br><br>GLOBAL COMP NORTHEAST, INC.,<br>1111 Route 110, Suite 207<br>Farmingdale, NY 11735<br>Serve:  Business Filings Incorporated<br>        (Registered Agent)<br>        187 Wolf Road, Suite 101<br>        Albany, NY 12205<br><br>        Defendant. | Civil Action No. 1:06-cv-00186 (RCL) |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), Anne E. Langford hereby gives notice of her entry of appearance as counsel in this case for Plaintiff XM Satellite Radio Inc.

DATED: March 8, 2006

Respectfully submitted,

 Anne E. Langford 
Anne E. Langford (D.C. Bar No. 492271)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
Counsel for XM Satellite Radio Inc.

400330692v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March 2006, the foregoing Notice of Appearance was filed electronically and served via first class, postage prepaid, U.S. mail on the following:

    Global Comp Northeast, Inc.
    c/o Business Filings Incorporated (Registered Agent)
    187 Wolf Road, Suite 101
    Albany, New York 12205

    _Anne E. Langford_