IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XM SATELLITE RADIO INC.<br><br>  Plaintiff,<br><br>v.<br><br>GLOBAL COMP NORTHEAST, INC.,<br><br>  Defendant. | Civil Action No. 1:06-cv-00186 (RCL) |

### REQUEST TO ENTER DEFAULT

Plaintiff XM Satellite Radio Inc. ("Plaintiff") respectfully requests that the Clerk of this Court enter the default of Global Comp Northeast, Inc. ("Defendant") for failure to plead or otherwise defend in a timely manner, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This request is based on the simultaneously-filed Declaration of Deborah B. Baum (Exhibit 1 hereto), which shows:

1. Global Comp Northeast, Inc., was served, through its resident agent, with the summons and complaint on February 3, 2006.

2. The Proof of Service filed with this Court on March 8, 2006 (Document 3 in this Court's ECF designation), establishes that service was proper pursuant to the Federal Rules of Civil Procedure. The Proof of Service is attached hereto as Exhibit 2.

400360646v1

3. Global Comp Northeast, Inc. has failed to plead, respond to the Complaint in this case, or otherwise defend.

4. The applicable time limit for responding expired on February 23, 2006.

5. Global Comp Northeast, Inc. is not an infant or an incompetent person.

6. Global Comp Northeast, Inc. is not in military service.

DATED: April 21, 2006                                Respectfully submitted,

    /s/ Deborah B. Baum
Deborah B. Baum (D.C. Bar No. 393019)
Anne E. Langford (D.C. Bar No. 492271)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
Counsel for XM Satellite Radio Inc.

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April 2006, the foregoing Request to Enter Default and all exhibits (including the Declaration of Deborah B. Baum) were filed electronically and served via first class, postage prepaid, U.S. mail on the following:

> Global Comp Northeast, Inc.
> c/o Business Filings Incorporated (Registered Agent)
> 187 Wolf Road, Suite 101
> Albany, New York 12205

_/s/ Deborah B. Baum_

400360646v1