# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XM SATELLITE RADIO INC.<br>1500 Eckington Place, NE<br>Washington, DC 20002<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL COMP NORTHEAST, INC.,<br>1111 Route 110, Suite 207<br>Farmingdale, NY 11735<br>Serve: Business Filings Incorporated<br>    (Registered Agent)<br>    187 Wolf Road, Suite 101<br>    Albany, NY 12205<br><br>Defendant. | Civil Action No. 1:06-cv-00186 (RCL) |

## PLAINTIFF'S PROOF OF SERVICE OF SUMMONS AND COMPLAINT

Plaintiff XM Satellite Radio Inc. ("Plaintiff") respectfully informs the Court that Defendant Global Comp Northeast, Inc. ("Defendant"), has been served with the summons and complaint in this case. As documented in the attached Return of Service, service was made by Terri Tarullo upon Defendant on February 3, 2006, by serving Defendant's registered agent at 187 Wolf Road, Suite 101, Albany, New York, 12205.

400323971v1

DATED: March 8, 2006                                   Respectfully submitted,

                                                           /s/ Deborah B. Baum
Deborah B. Baum (D.C. Bar No. 393019)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
Counsel for XM Satellite Radio Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March 2006, the foregoing Plaintiff's Proof of Service of Summons and Complaint was filed electronically and served via first class, postage prepaid, U.S. mail on the following:

>Global Comp Northeast, Inc.
>c/o Business Filings Incorporated (Registered Agent)
>187 Wolf Road, Suite 101
>Albany, New York 12205

/s/ Deborah B. Baum

400323971v1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

XM SATELLITE RADIO INC.

Plaintiff,

V.

GLOBAL COMP NORTHEAST, INC.

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBI

CASE NUMBER: 1:06CV00186

JUDGE: Royce C. Lamberth

DECK TYPE: Contract

DATE STAMP: 02/02/2006

TO: (Name and address of Defendant)

GLOBAL COMP NORTHEAST, INC.
1111 Route 110, Suite 207
Farmingdale, NY 11735
Serve: Business Filings Incorporated (Registered Agent)
187 Wolf Road, Suite 101
Albany, NY 12205

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Deborah B. Baum
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

~~NANCY M. MAYER-WHITTINGTON~~
CLERK

FEB -2 2006
DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[*][(1)] | 2/3/06 @ 11:45 am |
| NAME OF SERVER *(PRINT)* Terri Tarullo | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

- ☐ Served personally upon the defendant. Place where served: _____

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☒ Other (specify): By serving Kelly A. Fitzpatrick, Clerk, authorized to accept. Service was completed at 187 Wold Road, Suite 101, Albany, New York 12205

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/3/06
                Date

Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

*Address of Server*

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.