# EXHIBIT 3

# NYS Department of State
## Division of Corporations

## Entity Information

**Selected Entity Name:**  GLOBAL COMP NORTHEAST INC.

| | |
|---|---|
| **Current Entity Name:** | GLOBAL COMP NORTHEAST INC. |
| **Initial DOS Filing Date:** | DECEMBER 22, 2003 |
| **County:** | SUFFOLK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
C/O BUSINESS FILINGS INCORPORATED
187 WOLF ROAD, SUITE 101
ALBANY, NEW YORK 12205

**Registered Agent**
BUSINESS FILINGS INCORPORATED
187 WOLF ROAD, SUITE 101
ALBANY, NEW YORK 12205

**NOTE:** New York State does not issue organizational identification numbers.

[ Search Results ] [ Search the Database ]

[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]