Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**XM SATELLITE RADIO INC.**

    Plaintiff(s)

v.

Civil Action No. 06-186 (RCL)

**GLOBAL COMP NORTHEAST, INC.**

    Defendant(s)

RE: GLOBAL COMP NORTHEAST, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on February 3, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 24th day of April, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
        Deputy Clerk