UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **XM SATELLITE RADIO INC.** ) | |
| **WINDOW CONSULTANTS, INC.** ) | |
| ) | |
| v. ) | Civil Action No. 06-00186 (RCL) |
| ) | |
| ) | |
| **GLOBAL COMP NORTHEAST, INC.,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Since default has been entered by the Clerk , plaintiff shall, within 10 days of this date of this order, file a motion for entry of judgment thereon, or show cause why a motion for default judgment has not been filed, or the complaint will be dismissed without prejudice pursuant to Local Civil Rule 83.23.

SO ORDERED.

**SIGNED BY ROYCE C. LAMBERTH, U.S. DISTRICT JUDGE ON MAY 31, 2006**