IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XM SATELLITE RADIO INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLOBAL COMP NORTHEAST, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-cv-00186 (RCL) |

**PROPOSED ORDER FOR CLERK'S ENTRY OF JUDGMENT**

Plaintiff XM Satellite Radio Inc. ("Plaintiff"), by motion, has requested that default judgment be entered against Global Comp Northeast, Inc. ("Defendant") pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure. Based on Plaintiff's Motion for Default Judgment, the accompanying Declaration, and all other papers filed in this action, it appears that:

1. Defendant Global Comp Northeast, Inc. has failed to appear in this action by timely pleading, responding to, or otherwise defending against the Complaint in this action after being properly served with it. Accordingly, default was entered against Global Comp Northeast, Inc. under Rule 55(a) of the Federal Rules of Civil Procedure on April 24, 2006.

2. Global Comp Northeast, Inc. is not a minor, an incompetent person, or a current member of the military service.

400383144v1

3. Global Comp Northeast, Inc. is indebted to XM Satellite Radio Inc. for a sum certain as described below, based on breach of contract, unjust enrichment, breach of the obligation of good faith, and breach of the warranty of merchantability.

THEREFORE,

Judgment is entered under Federal Rule of Civil Procedure 55(b)(1) against Global Comp Northeast, Inc. in the net principal amount of $206,775, together with statutory prejudgment interest in the amount of $25,309.26, for a total judgment of $232,084.26.

This judgment will bear interest at the postjudgment interest rate from the date of this judgment until paid.

Nancy Mayer-Whittington,
Clerk, U.S. District Court
for the District of Columbia
By: _____