# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XM SATELLITE RADIO INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00186 (RCL) |
| ) | |
| GLOBAL COMP NORTHEAST, INC., ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF DEBORAH B. BAUM IN SUPPORT OF REQUEST TO ENTER DEFAULT

Deborah B. Baum, attorney of record for Plaintiff XM Satellite Radio Inc. ("Plaintiff"), declares as follows in support of Plaintiff's Request to Enter Default:

1. My name is Deborah B. Baum.

2. I am over 18 years of age, am fully competent to make this declaration, and have personal knowledge of facts stated in this declaration.

3. I am the attorney for the Plaintiff, XM Satellite Radio Inc., in this action. Plaintiff is a corporation with its principal place of business in the District of Columbia. This action arises out of a contract between Plaintiff and Defendant.

4. On February 2, 2006, I caused the summons and complaint in this action to be delivered to Capitol Process Services. In turn, Capitol Process Services, through Terri Tarullo, properly served the summons and complaint on Global Comp Northeast, Inc. ("Defendant") in compliance with the Federal Rules of Civil

Procedure by personally serving Defendant's registered agent on February 3, 2006. I certified that fact to this Court in a Proof of Service dated March 8, 2006 (Document 3 in this Court's ECF designation), which is attached as Exhibit 2 to the Request to Enter Default. Documentation of the address of Defendant's registered agent is attached as Exhibit 3 to the Request to Enter Default.

5. Global Comp Northeast, Inc. has failed to serve and file an answer, pleading, motion, notice, or any other paper, and has failed to otherwise respond to the complaint.

6. Under Rule 12(a)(1) of the Federal Rules of Civil Procedure, the time limit for Global Comp Northeast, Inc. to respond to the complaint expired on February 23, 2006. This deadline has not been extended by any stipulation of the parties or any order of this Court.

7. Global Comp Northeast, Inc. could not be an infant or incompetent person because it is a corporation organized, on information and belief, under New York law, with its principal place of business in Farmingdale, New York.

8. Global Comp Northeast, Inc. could not be in military service, because it is a corporation organized, on information and belief, under New York law, with its principal place of business in Farmingdale, New York.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21, 2006.

Deborah B. Baum

2

400360688v1

DATED: April 21, 2006                              Respectfully submitted,

                                                              /s/ Deborah B. Baum
Deborah B. Baum (D.C. Bar No. 393019)
Anne E. Langford (D.C. Bar No. 492271)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-8000
Facsimile: (202) 663-8007
Counsel for XM Satellite Radio Inc.