IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

XM SATELLITE RADIO INC.  )
                         )
        Plaintiff,       )
                         )
    v.                   )   Civil Action No. 1:06-cv-00186 (RCL)
                         )
GLOBAL COMP NORTHEAST, INC., )
                         )
        Defendant.       )

**DECLARATION OF AMOUNT DUE IN SUPPORT OF
<u>MOTION FOR DEFAULT JUDGMENT</u>**

Anna Rose, Procurement and Logistics Coordinator for Plaintiff XM Satellite Radio Inc. ("XM"), declares as follows in support of Plaintiff's Motion :

1. My name is Anna Rose.

2. I am over 18 years of age, am fully competent to make this declaration, and have personal knowledge of facts stated in this declaration.

3. I am the Procurement and Logistics Coordinator for Plaintiff XM Satellite Radio Inc. As such, I have personal knowledge of the purchase orders that XM Satellite Radio placed with Defendant Global Comp Northeast, Inc. ("Global Comp"), for certain chips, and of XM's payment in full for those products.

4. As a result of Global Comp's failure to provide XM with usable chips, and in many cases, any chips at all, Global Comp owes XM the total principal sum of **$206,775.00,** based on Defendant's non-delivery of merchantable or usable goods

for which Plaintiff paid Defendant in full pursuant to an agreement between the parties. The goods ordered pursuant to that agreement were MAX1684EEE's ("MAX1684 Chips") and MAX2470EUT-T's ("MAX2470 Chips") (collectively, "Chips"), needed for the production of electronic goods on behalf of XM Satellite Radio Inc.

5. An invoice from Global Comp Northeast, Inc. for MAX1684 Chips in the amount of $83,750 (and XM Satellite Radio Inc.'s purchase order therefor) is attached to this Declaration as Exhibit 1. This invoice was paid in full.

6. An invoice from Global Comp Northeast, Inc. for MAX1684 Chips in the amount of $104,860 (and XM Satellite Radio Inc.'s purchase order therefor) is attached to this Declaration as Exhibit 2. This invoice was paid in full.

7. An invoice from Global Comp Northeast, Inc. for MAX2470 Chips in the amount of $19,014.15 (and XM Satellite Radio Inc.'s purchase order therefor) is attached to this Declaration as Exhibit 3. This invoice was paid in full.

8. A "Vendor Payment History," reflecting the sum total of $207,624.15 paid by XM Satellite Radio Inc. to Global Comp Northeast, Inc. is attached to this Declaration as Exhibit 4. This printout documents the payment in full of the invoices attached as Exhibits 1, 2 and 3.

9. Of the over 40,000 Chips for which XM paid, the overwhelming majority were never delivered. A small percentage (5,000 of the MAX 1684 Chips) was delivered, but the chips were defective and unusable, and thus returned. Only 785

400383003v1

of the MAX2470 Chips were retained and used on behalf of XM. Those chips had a value of $1.11 each, which was the amount that Global Comp charged for the Chips, and which XM paid for them.

10. The total amount owing to XM Satellite Radio Inc. for undelivered or defective Chips is calculated as follows:

| | |
|---|---|
| Total purchase price: | $207,624.15 |
| Less the value of usable, delivered chips: | $    849.15 (785 chips @$1.11) |
| **Net principal amount owed:** | **$206,775.00** |

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 6, 2006.

*Anna Rose* (signature)
Anna Rose

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June 2006, the foregoing Declaration of Amount Due in Support of Motion for Default Judgment and all accompanying exhibits were filed electronically and served via first class, postage prepaid, U.S. mail on the following:

Global Comp Northeast, Inc.
c/o Business Filings Incorporated (Registered Agent)
187 Wolf Road, Suite 101
Albany, New York 12205


　　　　　　/s/ Deborah B. Baum