# EXHIBIT 1

# GLOBAL COMP NORTHEAST, INC.

1111 ROUTE 110
SUITE 207
FARMINGDALE, NY 11735
(631) 391-0900  FAX (631)391-9351

9298

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/14/2004 | 1029N |

**SHIP TO:**

FLEXTRONICS TECHNOLOGY
LOT PLO 226D & 227A
KAWASAN PERINDUSTRIAN
SENAI III
81400 SENAI, JOHOR, MALAYSIA

**BILL TO:**

XM SATELITE RADIO, INC.
1500 ECKINGSTON PLACE, NE
WASHINGTON, DC 20002

| P.O. NO. | TERMS | REP | FOB | SHIP DATE | SHIP VIA | PROJECT |
|---|---|---|---|---|---|---|
| 107509-000 | TT IN ADV | JE | ORIGIN | 5/14/2004 | UPS | 11984N |

| PART NO. | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| MAX1684EEE | | 25,000 | 3.35 | 83,750.00 ✓ |

WIRED 5/17
V# 145384

PO 107509
051000-61606

VOID 6/22

[signature]

John cell
631-872-7805

ALL CLAIMS MUST BE MADE WITHIN 30 DAYS OF INVOICE. NO RETURNS WILL BE ACCEPTED WITHOUT A TEST REPORT.

**Total** $83,750.00

**XM SATELLITE RADIO INC.**
1500 ECKINGTON PLACE, NE
WASHINGTON, DC 20002
202-380-4000

**PURCHASE ORDER**
107509-000

| | |
|---|---|
| PAGE | 0001 |
| DATE | 05/13/04 |

**PAYMENT INFORMATION**

| TERMS | ~~Full Payment 60 days past~~ PREPAY |
|---|---|
| DISCOUNT DAYS | RATE |
| DUE DAYS | 60 |

**SHIP INFORMATION**

| SHIPPING TERMS | |
|---|---|
| FREIGHT | Prepaid + ADD |
| SHIP VIA | |

**VENDOR:** 9298  **SHIP TO:** ECK

GLOBAL COMP NORTHEAST, INC.
1111 ROUTE 110, SUITE 207
FARMINGDALE    NY 11735

XM SATELLITE RADIO, INC.
1500 Eckington Place, NE
Washington    DC 20002-2194

FAX: 631-391-9351    EXT:    PHONE: 202 380-4263    EXT:
CONTACT: John Eriksen            CONTACT: ANNA ROSE

| LINE | QUANTITY | UOM | ITEM | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|
| | | | **************** Deliver - 05/13/04 **************** | | |
| | | | **** Unless otherwise specified by line item **** | | |
| | | | Purchase Order Currency: US Dollars | | |
| | | | SHIP TO: | | |
| | | | FLEXTRONICS TECHNOLOGY | | |
| | | | LOT PLO 226D & 227A | | |
| | | | KAWASAN PERINDUSTRIAN | | |
| | | | SENAI III | | |
| | | | 81400 SENAI, JOHOR | | |
| | | | MALAYSIA | | |
| 1 | 25,000.0000 | EACH | MAX1684EEE-T TAPE & REEL MAXIM PART | 3.3500 | 83,750.00 |
| | | | Purchase Order Totals: | | |
| | | | Product Total: | | 83,750.00 |
| | | | Total Amount: | | 83,750.00 |
| | | | End Of Purchase Order 107509-000 | | |

Authorized Signature