# EXHIBIT 2

*Fax # 202-380-4529*

# GLOBAL COMP NORTHEAST, INC.

# Invoice

1111 ROUTE 110
SUITE 207
FARMINGDALE, NY 11735
(631) 391-0900   FAX (631)391-9351

*WIRE 5/24/04*

| DATE | INVOICE # |
|------|-----------|
| 5/21/2004 | 1037N |

### SHIP TO:

FLEXTRONICS TECHNOLOGY
LOT PLO 226D & 227A
KAWASAN PERINDUSTRIAN
SENAI III
81400 SENAI, JOHOR, MALAYSIA

### BILL TO:

XM SATELITE RADIO, INC.
1500 ECKINGSTON PLACE, NE
WASHINGTON, DC 20002

*ATT: AUNA ROSE*

| P.O. NO. | TERMS | REP | FOB | SHIP DATE | SHIP VIA | PROJECT |
|----------|-------|-----|-----|-----------|----------|---------|
| 107554-000 | TT IN ADV | JE | ORIGIN | 5/21/2004 | FEDEX | 11984N-995N |

| PART NO. | DESCRIPTION | QTY | RATE | AMOUNT |
|----------|-------------|-----|------|--------|
| MAX1684EEE | | 10,000 | 5.35 | 53,500.00 |
| MAX1684EEE | | 9,600 | 5.35 | 51,360.00 |

*V# 146775*

*PAID 5/24/04*

*063040-55000*
*PO 107554*

*VOID 6/22/04*

*ALL CLAIMS MUST BE MADE WITHIN 30 DAYS OF INVOICE. NO RETURNS WILL BE ACCEPTED WITHOUT A TEST REPORT.*

**Total**    $104,860.00

# PURCHASE ORDER

**XM SATELLITE RADIO INC.**
1500 ECKINGTON PLACE, NE
WASHINGTON, DC 20002
202-380-4000

107554-000

| PAGE | 0001 |
|---|---|
| DATE | 05/21/04 |

| PAYMENT INFORMATION | | |
|---|---|---|
| TERMS | ~~Full Payment 60 days past~~ *PREPAY* | |
| DISCOUNT DAYS | RATE | DUE DAYS 60 |

| SHIP INFORMATION | |
|---|---|
| SHIPPING TERMS | |
| FREIGHT | ~~Prepaid~~ *FedEx - # to be provided* |
| SHIP VIA | |

**VENDOR:** 9298                **SHIP TO:** ECK

GLOBAL COMP NORTHEAST, INC.
1111 ROUTE 110, SUITE 207
FARMINGDALE        NY 11735

XM SATELLITE RADIO, INC.
1500 Eckington Place, NE
Washington        DC 20002-2194

**FAX:** *631-391-9351*     **EXT:**        **PHONE:** 202    380-4263        **EXT:**
**CONTACT:** *Don*                 **CONTACT:** ANNA ROSE

| LINE | QUANTITY | UOM | ITEM | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|
| | | | ***************** Deliver - 05/21/04 ***************** | | |
| | | | **** Unless otherwise specified by line item **** | | |
| | Purchase Order Currency: | | US Dollars | | |
| | | | SHIP TO: | | |
| | | | FLEXTRONICS TECHNOLOGY | | |
| | | | LOT PLO 226D & 227A | | |
| | | | KAWASAN PERINDUSTRIAN | | |
| | | | SENAI III | | |
| | | | 81400 SENAI, JOHOR | | |
| | | | MALAYSIA | | |
| | | | SHIPPING VIA FEDEX TRADE NETWORKS | | |
| | | | INFO TO BE PROVIDED | | |
| 1 | 19,600.0000 | EACH | MAX1684EEE-T | 5.3500 | 104,860.00 |
| | | | TAPE & REEL, 00+ | | |
| | Purchase Order Totals: | | | | |
| | | | Product Total: | | 104,860.00 |
| | | | Total Amount: | | 104,860.00 |
| | | | End Of Purchase Order  107554-000 | | |

Authorized Signature _____