# EXHIBIT 3

## GLOBAL COMP NORTHEAST, INC.

1111 ROUTE 110
SUITE 207
FARMINGDALE, NY 11735
(631) 391-0900   FAX (631)391-9351

# Invoice

*WIRE 5/24/04*

| DATE | INVOICE # |
|---|---|
| 5/21/2004 | 1036N |

**SHIP TO:**
FLEXTRONICS TECHNOLOGY
LOT PLO 226D & 227A
KAWASAN PERINDUSTRIAN
SENAI III
81400 SENAI, JOHOR, MALAYSIA

**BILL TO:**
XM SATELITE RADIO, INC.
1500 ECKINGSTON PLACE, NE
WASHINGTON, DC 20002

*ATT: ANNA Rose*

| P.O. NO. | TERMS | REP | FOB | SHIP DATE | SHIP VIA | PROJECT |
|---|---|---|---|---|---|---|
| 107548-000 | TT IN ADV | JE | ORIGIN | 5/21/2004 | FEDEX | 11994N-97N-9... |

| PART NO. | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| MAX2470E... | | 14,000 | 1.11 | 15,540.00 |
| MAX2470E... | | 765 | 1.11 | 849.15 |
| MAX2470E... | | 2,500 | 1.05 | 2,625.00 |

*V# 146774*

*0630240-55000*
*PO 107548*

*ALL CLAIMS MUST BE MADE WITHIN 30 DAYS OF INVOICE. NO RETURNS WILL BE ACCEPTED WITHOUT A TEST REPORT.*

**Total**   $19,014.15

**XM SATELLITE RADIO INC.**
1500 ECKINGTON PLACE, NE
WASHINGTON, DC 20002
202-380-4000

**PURCHASE ORDER**

107548-000   Revision   1

| | |
|---|---|
| PAGE | 0001 |
| DATE | 05/21/04 |

**PAYMENT INFORMATION**

| | |
|---|---|
| TERMS | ~~Full Payment 60 days past~~ PREPAY |
| DISCOUNT DAYS | |
| RATE | |
| DUE DAYS | 60 |

**SHIP INFORMATION**

| | |
|---|---|
| SHIPPING TERMS | |
| FREIGHT | Prepaid |
| SHIP VIA | |

REVISED

**VENDOR:**   9298

GLOBAL COMP NORTHEAST, INC.
1111 ROUTE 110, SUITE 207
FARMINGDALE    NY 11735

**SHIP TO:** ECK

XM SATELLITE RADIO, INC.
1500 Eckington Place, NE
Washington    DC 20002-2194

FAX: Don
CONTACT: 631-391-9351
EXT:
PHONE: 202   380-4263
CONTACT: ANNA ROSE
EXT:

| LINE | QUANTITY | UOM | ITEM | UNIT PRICE | EXTENDED |
|---|---|---|---|---|---|
| | | | *************** Deliver - 05/21/04 ***************** | | |
| | | | **** Unless otherwise specified by line item **** | | |
| | Purchase Order Currency: | | US Dollars | | |
| | | | SHIP TO: | | |
| | | | FLEXTRONICS INTERNATIONAL | | |
| | | | LOT PLO 226D &227A | | |
| | | | KAWASAN PERINDUSTRIAN | | |
| | | | SENAI III | | |
| | | | 81400 SENAI, JOHOR | | |
| | | | MALAYSIA | | |
| | | | SHIPPED VIA FEDEX TRADE NETWORKS - | | |
| | | | CONTACT INFORMATION TO FOLLOW | | |
| 1 | Line Revision | | Quantity       HAS BEEN CHANGED. | | Date: 05/21/04 |
| 1 | 14,765.0000 | EACH | MAX2470EUT-T | 1.1100 | 16,389.15 |
| | | | TAPE & REEL | | |
| 2 | Line Revision | | Quantity       HAS BEEN CHANGED. | | Date: 05/21/04 |
| 2 | 2,500.0000 | EACH | MAX2470EUT-T | 1.0500 | 2,625.00 |
| | | | TAPE & REEL | | |
| | Purchase Order Totals: | | | | |
| | | | Product Total: | | 19,014.15 |
| | | | Total Amount: | | 19,014.15 |
| | | | End Of Purchase Order   107548-000 | | |

Authorized Signature