# EXHIBIT 4

Case 1:06-cv-00186-RCL    Document 9-5    Filed 06/09/2006    Page 1 of 2

# Vendor Payment History

```
AP270  Date 02/22/05                Company 0002  XM Satellite Radio Inc.           USD                                    Page  1
       Time 16:23                   Vendor Payment History for  01/01/04 thru 12/31/04

Currency    USD    US Dollars
                                                              Pmt  Cash                                        D W
       Invoice           Inv Date  Pmt Date  Payment Number   Cd   Code  Payment Amount   Discount Amount      L H  Net Payment Amount

Vendor       9298 GLOBAL COMP NORTHEAST, INC.

1029N            05/14/04  05/17/04  517200040  WIR  OPER          83,750.00          0.00                          83,750.00
Voucher :  145384  Proc Level : AP
1036N            05/21/04  05/24/04   52404     WIR  OPER          19,014.15          0.00                          19,014.15
Voucher :  146774  Proc Level : AP
1037N            05/21/04  05/24/04   52404     WIR  OPER         104,860.00          0.00                         104,860.00
Voucher :  146775  Proc Level : AP

                              *** Vendor         9298   Totals         207,624.15          0.00                         207,624.15

                              *** Company 0002  USD    Totals          207,624.15          0.00                         207,624.15
```