UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XM SATELLITE RADIO INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-186 (RCL) |
| GLOBAL COMP NORTHEAST, INC., | ) |
| Defendant. | ) |

**DEFAULT JUDGMENT**

Upon consideration of the Complaint and Motion [8] for Entry of Judgment by Default of the Plaintiff, XM Satellite Radio, Inc., it appears to the Court that defendant, Global Comp Northeast, Inc., has willfully failed to appear, plead or otherwise defend, and the Clerk having entered a default on April 24, 2006, against said defendant, it is hereby

ORDERED that Judgment is entered against Defendant, and in favor of Plaintiff in the net principal amount of $206,775, together with statutory prejudgment interest in the amount of $25,309.26, for a total judgment $232, 084.26.

The judgment will bear interest at the post-judgment interest rate from the date of this judgment until paid.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 28, 2006.